## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**DELAUNE QUOVASE**                    **CIVIL ACTION NO. 6:23-CV-1346**

**VERSUS**                             **JUDGE DAVID C. JOSEPH**

**OCEAN HARBOR CASUALTY**              **MAGISTRATE JUDGE DAVID J.**
**INSURANCE COMPANY**                  **AYO**

### ORDER

Considering the JOINT MOTION TO DISMISS ("the Motion") [Doc. 31], filed by

Plaintiff, Delaune Quovase and Defendants, Ocean Harbor Casualty Insurance

Company;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this lawsuit and all claims asserted herein

by Plaintiff, Delaune Quovase against Defendants, Ocean Harbor Casualty Insurance

Company are hereby DISMISSED WITH PREJUDICE, with each party to bear their

own attorney's fees and court costs.

THUS DONE AND SIGNED in Chambers on this 19th day of December 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE